

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-17-00083-CV

Candice D. **FERNANDEZ**,
Appellant

v.

Alejandro R. **FERNANDEZ**,
Appellee

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2014-CI-09245
Honorable Antonia Arteaga, Judge Presiding

BEFORE JUSTICE MARTINEZ, JUSTICE ALVAREZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, this appeal is DISMISSED. Costs of the appeal are taxed against the party who incurred them.

SIGNED April 26, 2017.

_____
Rebeca C. Martinez, Justice